IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Hayden Gateway LLC, and Bloc Dispensary LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>Advanced Flower Capital Inc., and AFC Agent LLC,<br><br>  Defendants. | Civil Action No. 25-CV-2789 |

**CORPORATE DISCLOSURE STATEMENT**

The undersigned counsel, on behalf of Plaintiffs, certifies, pursuant to Federal Rule of Civil Procedure 7.1(a)(1), that Plaintiffs Hayden Gateway LLC and Bloc Dispensary LLC are both non-governmental corporate parties and their parent corporations and all publicly held corporations owning 10% or more of their stock are listed as follows:

Plaintiff Hayden Gateway LLC: JG HoldCo LLC

Plaintiff Bloc Dispensary LLC: JG HoldCo LLC

The undersigned counsel certifies further, pursuant to Federal Rule of Civil Procedure 7.1(a)(2), the following are the names and citizenship of each entity or individual whose citizenship is attributed to that party as follows:

Plaintiff Hayden Gateway LLC:

| Member | Member-Entity Member | Citizenship |
|---|---|---|
| JG HoldCo LLC | See table below | See table below |

Plaintiff Bloc Dispensary LLC:

| Member | Member-Entity Member | Citizenship |
|---|---|---|

1

| | | |
|---|---|---|
| JG HoldCo LLC | See table below | See table below |
| Andrew Kofsky | N/A | New Jersey |
| Robert W. Mauriello, Jr. | N/A | New Jersey |
| Robert A. Magnanini | N/A | New Jersey |
| NJ JG Investment I, LLC | Jay Chavda | California |
| Double Up LLC | Todd Johnson | New Jersey |
| Rookie Deal LLC | Amani Toomer | New Jersey |

Plaintiffs' parent company, JG HoldCo LLC:

| Member | Member-Entity Member | Citizenship |
|---|---|---|
| Jon Loevy | N/A | Illinois |
| Danielle Loevy | N/A | Illinois |
| Michael Kanovitz | N/A | Illinois |
| Vanessa Abbe Ferber Kruger | N/A | New York |
| Darin Carpenter | N/A | Nevada |
| Jordan Lipton | N/A | Ontario, Canada |
| Boka Capital LLC | Boka Family Trust | Illinois |
| Blust Family 2019 Irrevocable Trust | N/A | Illinois |
| Pines Family LLC | James Pines | Illinois |
| FOL 21, LLC | David Goldberg<br>David Ebroon<br>Jay Yalowitz | Illinois<br>Illinois<br>Tennessee |

Dated: April 17, 2025

Respectfully submitted,

**DYNAMIS LLP**

By: *s/ Jamie Hoxie Solano*
Jamie Hoxie Solano, Esq.
NJ Bar No. 426422024
11 Park Place
New York, NY 10008
JSolano@dynamisllp.com
(214) 454-8829


Michael B. Homer, Esq.
Phone: (617) 693-9732
MHomer@dynamisllp.com
Constantine Economides, Esq.
(305) 985-2959

2

                                        CEconomides@dynamisllp.com
                                        Eric Rosen, Esq.
                                        (617) 802-9157
                                        ERosen@dynamisllp.com
                                        225 Franklin Street, 26th Floor
                                        Boston, MA 02110

*Pro hac vice applications forthcoming*