**DYNAMIS LLP**
Jamie Hoxie Solano, Esq.
NJ Bar No. 426422024
(214) 454-8829
11 Park Place
New York, NY 10007

Michael B. Homer, Esq.
(617) 693-9732
Constantine Economides, Esq.
(305) 985-2959
Eric Rosen, Esq.
(617) 802-9157
225 Franklin Street, 26th Floor
Boston, MA 02110

*Pro hac vice applications pending*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HAYDEN GATEWAY LLC and BLOC DISPENSARY LLC,** | **CIVIL ACTION NO.  3:25-CV-02789-ZHQ-JBD** |
| **Plaintiffs,** | **NOTICE OF EMERGENT APPLICATION BY PETITIONERS FOR AN ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINTS TO BE CONVERTED TO A PRELIMINARY INJUNCTION** |
| **v.** | |
| **ADVANCED FLOWER CAPITAL INC. and AFC AGENT LLC,** | **Oral Argument Requested** |
| **Defendants.** | **Return Date: To Be Determined** |

PLEASE TAKE NOTICE that at a date and time to be set by the Court, pursuant to Federal

Rule of Civil Procedure 65 and Local Rule 65.1, Plaintiffs Hayden Gateway LLC ("Hayden") and

Bloc Dispensary LLC ("Bloc") (jointly, "Plaintiffs"), by and through counsel, DYNAMIS LLP,

will request that the Honorable Zahid N. Quraishi, United States District Judge for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, Courtroom 4W, enter an Order to Show Cause with Temporary Restraints, to be converted into a Preliminary Injunction, ordering Defendants Advanced Flower Capital Inc. and AFC Agent LLC (jointly, "Defendants") to cease seizing any of Plaintiffs' assets or cash (beyond the permitted scheduled cash sweeps), and to cease any other attempted remedy for any alleged default.

PLEASE TAKE FURTHER NOTICE that in support of its Application and the Order to Show Cause, Plaintiffs will rely on the Memorandum of Law submitted herewith, the Declarations of Michael Kanovitz, Joel Feldman, Vasillios Papatheofanis, Alexzandra Fields, William Murray III, and Gail Brashers-Krug, and the Exhibits thereto, all of which Plaintiffs will serve upon Defendants simultaneously with the filing of this Notice.  A proposed form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that Plaintiffs respectfully request oral argument on this application and the Order to Show Cause.[1]

Dated: April 21, 2025

Respectfully submitted,

**DYNAMIS LLP**

By: */s/ Jamie Hoxie Solano*
Jamie Hoxie Solano, Esq.
NJ Bar No. 426422024
(214) 454-8829
11 Park Place
New York, NY 10007
JSolano@dynamisllp.com

---

[1] The undersigned, Jamie Hoxie Solano, Esq.. is currently in Portugal and is scheduled to fly back to the United States on Wednesday, April 23, 2025. In the event the Court wishes to set a hearing prior to Thursday, April 24, 2025, the undersigned respectfully requests that the Court permit the undersigned to appear telephonically and permit her partners (whose *pro hac vice* applications are currently pending) to appear in person to address the Court regarding this application. The undersigned notes further that she is scheduled to be on a flight (and thus not available) from approximately 6:30 a.m. through 3:30 p.m. Eastern Time on Wednesday, April 23, 2025, but her partners will remain available during that time.

Michael B. Homer, Esq.
(617) 693-9732
MHomer@dynamisllp.com
Constantine Economides, Esq.
(305) 985-2959
CEconomides@dynamisllp.com
Eric Rosen, Esq.
(617) 802-9157
ERosen@dynamisllp.com
225 Franklin Street, 26th Floor
Boston, MA 02110

*Pro Hac Vice Applications Pending*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jamie Hoxie Solano, hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing document to be served via email on Abby F. Rudzin, counsel for the defendants, who has agreed to accept service on behalf of the defendants.

Dated: April 21, 2025

/s/ Jamie Hoxie Solano
Jamie Hoxie Solano, Esq.

4