# EXHIBIT B

**From:** Tim Bossidy
IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=7BFA88BAAC784F75820FEE5C6430E158-DA50F1A0-74@namprd08.prod.outlook.com
**Subject:** FW: HR and compliance issues
**Date:** June 7, 2024 at 10:19 AM
**To:** Dan Neville  dan@afcgamma.com

I'll manage this – so nothing for you to do – I just wanted to flag for you another forbearance breach to add to your list

**From:** Gail Brashers-Krug <gailbk@justicecannabisco.com>
**Sent:** Thursday, June 6, 2024 9:37 PM
**To:** Tim Bossidy <tbossidy@justicecannabisco.com>
**Cc:** Shivawn Brady <shivawn@justicecannabisco.com>; Jacob Vieira <jacob.vieira@justicecannabisco.com>; Tiarra Convento <tiarra.convento@oaklandmanager.com>; Kathryn Farrell <kathryn.farrell@justicecannabisco.com>; Alexzandra Fields <alexzandra.fields@oaklandmanager.com>
**Subject:** RE: HR and compliance issues

Thanks Tim. Compensation issues are, of course, not the only changes that can have knock-on effects to other states' operations, so we do need to discuss.

I also have fiduciary duties to the company, as do all the officers. In my view, those fiduciary duties do not mean that any of us should act first and coordinate later on decisions that affect the company. But I am certainly interested in your perspective.

I'm available Tuesday after 3:00 p.m. EDT. Do you have any availability then?

Thanks!

**Gail Brashers-Krug**
**Chief Legal Officer, Chief Administrative Officer, & Chief People Officer**

C - 319-621-4006
gailbk@justicecannabisco.com

The Future of Justice Grown is Justice Cannabis Co. Learn More

**From:** Tim Bossidy <tbossidy@justicecannabisco.com>
**Sent:** Thursday, June 6, 2024 8:22 PM
**To:** Gail Brashers-Krug <gailbk@justicecannabisco.com>
**Cc:** Shivawn Brady <shivawn@justicecannabisco.com>; Jacob Vieira <jacob.vieira@justicecannabisco.com>; Tiarra Convento <tiarra.convento@oaklandmanager.com>; Kathryn Farrell <kathryn.farrell@justicecannabisco.com>; Alexzandra Fields <alexzandra.fields@oaklandmanager.com>
**Subject:** RE: HR and compliance issues

Gail – absolutely – everything is in planning phase right now and I have not given the go-ahead to post or change anything – but Jacob and Tad have been instrumental in helping me draw up the possibilities. And as Alexzandra can tell you the last time personnel questions were brought to me on comp I made sure to check with her for no knock-on effects w other states.

But I just want to make sure we are fully aligned as well – while I always want to work in concert with the overall Justice team – I have specific fiduciary duties to NJ as an officer there. I don't expect those will conflict with yours – but there will absolutely be times I need to move the ball forward in NJ and check back with you guys versus us coordinate every step of the way.

Thanks!

Tim

**From:** Gail Brashers-Krug <gailbk@justicecannabisco.com>
**Sent:** Thursday, June 6, 2024 7:28 PM
**To:** Tim Bossidy <tbossidy@justicecannabisco.com>
**Cc:** Shivawn Brady <shivawn@justicecannabisco.com>; Jacob Vieira <jacob.vieira@justicecannabisco.com>; Tiarra Convento <tiarra.convento@oaklandmanager.com>; Kathryn Farrell <kathryn.farrell@justicecannabisco.com>; Alexzandra Fields <alexzandra.fields@oaklandmanager.com>
**Subject:** HR and compliance issues
**Importance:** High

Hi Tim

Hi Tim,

As you may or may not be aware, I'm the head of both HR and Compliance. It has come to my attention that you need some cooperation with the HR and compliance departments—specifically, that you would like to revise the New Jersey org chart, and that you want us to hire an on-site quality and compliance person in New Jersey. As I'm sure you can understand, both of those actions directly affect my departments, and I would like to provide input and make sure you get the assistance you need.

As you surely understand, New Jersey is but one unit of a multistate company. For lots of legal and cultural reasons, we need to treat all of our work sites consistently. We have a cultivation in Illinois and a cultivation in Pennsylvania, and other dispensaries in PA, MI, and UT. When we consider changes in New Jersey, we need to be cognizant of how those changes will affect other units in the company.

Can we meet discuss? Thank you!

**Gail Brashers-Krug**
**Chief Legal Officer, Chief Administrative Officer, & Chief People Officer**

Pronouns - (She/Her)

C - 319-621-4006
gailbk@justicecannabisco.com



PO Box 206
Edgewood, Illinois 62426
JUSTICECANNABISCO.COM

The Future of Justice Grown is Justice Cannabis Co. Learn More

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.