# EXHIBIT C

Hi Dan,

Tim has the team's full cooperation, but we would be remiss if we didn't voice our concerns about his performance as CRO.

Looking forward to seeing you in Vegas.

All the best,
Alexzandra

[📅] Book time to meet with me

**Alexzandra Fields**
**President**

C - 312-513-8590
alexzandra.fields@oaklandmanager.com

---

**From:** Dan Neville <dan@Advancedflowercapital.com>
**Sent:** Monday, November 18, 2024 4:30 PM
**To:** Alexzandra Fields <alexzandra.fields@oaklandmanager.com>
**Subject:** Re: How much longer is Tim Bossidy's engagement for?

Hey Alexzandra -

Tim's engagement was a critical component of the forbearance agreement that was heavily negotiated and he's expected to be in place until we're satisfied we'll be paid back on our loan.

I let the last couple texts on this subject slide, but also want to remind you and Justice Grown of ypur commitments to not interfere with Tim's oversight of the New Jersey operations.

Regards,

Dan

---

**From:** Alexzandra Fields <alexzandra.fields@oaklandmanager.com>
**Sent:** Monday, November 18, 2024 5:11:34 PM
**To:** Dan Neville <dan@Advancedflowercapital.com>