# EXHIBIT M

## Gail Brashers-Krug

| | |
|---|---|
| **From:** | Gail Brashers-Krug |
| **Sent:** | Monday, December 11, 2023 9:15 PM |
| **To:** | Gabe Katz; Dan Neville; Len Tannenbaum; Robyn Tannenbaum; Carly Hooker; Matt Suozzi |
| **Cc:** | Jon Loevy; Alexzandra Fields; Joel Feldman; Julie Bailey |
| **Subject:** | JG HoldCo LLC assets and liabilities |
| **Attachments:** | HOLDCO DEBT SCHEDULE gbk.xlsx; Illinois Leases - JG Holding Guarantor gbk.xlsx |
| **Importance:** | High |

AFC Team:

This email responds to your request that we identify the assets and liabilities of JG HoldCo LLC ("HoldCo").

**Assets**: HoldCo's assets primarily consist of the licenses disclosed in my prior email of today, as well as the assets of each facility, including inventory, fixtures, equipment, and the like. As noted in my earlier email, HoldCo does not hold an ownership interest in any entities that are not licensed and disclosed on the license spreadsheet. HoldCo does not own any real property. HoldCo is the payee on two notes to an unrelated Missouri entity, but, as we have discussed previously, those notes face significant legal barriers to enforcement.

**Liabilities:** HoldCo's liabilities include all the liabilities of the entities it owns, such as accounts payable, rent and tax payments, and other ongoing expenses. In addition, HoldCo is massively indebted to multiple lenders, as described in detail on the Debt Schedule (attached). Finally, HoldCo has either guaranteed leases or entered directly into leases with various property owners in Illinois for the benefit of unrelated entities. Those liabilities are listed in the Illinois Leases spreadsheet (attached).

Please feel free to call or email me with any questions.

**Gail Brashers-Krug**
Chief Legal Officer

C - 319-621-4006
gail.brashers-krug@justicecannabisco.com

Las Vegas, NV
JUSTICECANNABISCO.COM

The Future of Justice Grown is Justice Cannabis Co. Learn More

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.