# EXHIBIT N

 Outlook

### Re: $500k from equity account to restart PA

| | |
|---|---|
| From | Dan Neville <dan@Advancedflowercapital.com> |
| Date | Thu 12/12/2024 5:54 PM |
| To | Alexzandra Fields <alexzandra@justicecannabisco.com> |

Ok. Can you guys or Ice draft. Happy to do we're just a bit out of the loop on details.

**From:** Alexzandra Fields <alexzandra@justicecannabisco.com>
**Sent:** Thursday, December 12, 2024 5:25:15 PM
**To:** Dan Neville <dan@Advancedflowercapital.com>
**Subject:** $500k from equity account to restart PA

Hi Dan,

As part of our settlement with the state to get the grow restarted and those 3 additional retail stores, we need to provide a letter from AFC that confirms what we discussed a couple of months back, that we can use up to $500K from our equity account for initial restart fees (utilities, cleaning, initial staffing, etc). We are filing our response on Dec 20. They have advised that the regulators then have 60 days to review the proposal, but they have already indicated that they are eager to settle.

Simultaneously I am getting a pledge from owners on the additional capital needed for construction restart with Mosaic.

Thanks so much,
Alexzandra

  Book time to meet with me

**Alexzandra Fields**
President

C - 312-513-8590
alexzandra@justicecannabisco.com

93 Route 37
Edgewood, Illinois 62426
JUSTICECANNABISCO.COM

The Future of Justice Grown is Justice Cannabis Co. Learn More

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.