## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC, AND BLOC DISPENSARY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FLOWER CAPITAL INC., AND AFC AGENT LLC,<br><br>Defendants. | Civil Action No. 3:25-CV-02789-ZHQ-JBD<br><br>**NOTICE OF MOTION TO QUASH SUBPOENA SERVED ON NON-PARTY TIMOTHY BOSSIDY** |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on _____, 2025, or as soon thereafter as counsel may be heard, Non-Party Timothy Bossidy shall move before the Honorable Zahid N. Quraishi in the United States District Court for the District of New Jersey, at the Clarkson S. Fisher Building, Courtroom No. 4W, 402 East State Street, Trenton, NY 08608, to quash Plaintiffs' Subpoena served upon Non-Party Timothy Bossidy (the "Motion"); and

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Timothy Bossidy will rely upon this Notice of Motion, the Memorandum of Law in support thereof, Declarations of Timothy Bossidy, Diane Sullivan and the exhibits attached thereto and such other authorities and arguments as may be submitted in any reply or at any hearing. A proposed form of Order is also attached.

Dated: May 1, 2025                                   Respectfully submitted,

*/s/ Diane P. Sullivan*
Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, New Jersey
Tel: (609) 986-1120
Fax: (609) 986-1199
diane.sullivan@weil.com

Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
caroline.zalka@weil.com

*Counsel for Non-Party Timothy Bossidy*