# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC, AND BLOC DISPENSARY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ADVANCED FLOWER CAPITAL INC., AND AFC AGENT LLC, <br><br> Defendants. | Civil Action No. 3:25-CV-02789-ZHQ-JBD |

## **DECLARATION OF DIANE P. SULLIVAN**

I, DIANE P. SULLIVAN, hereby declare:

1. I am Partner in the law firm of Weil, Gotshal & Manges LLP, counsel for Non-Party Timothy Bossidy. I am admitted to practice law in the state of New Jersey and in this Court. I submit this declaration on behalf of Timothy Bossidy and in support of Timothy Bossidy's Motion to Quash Subpoena.

2. Attached as Exhibit 1 is a true and correct copy of Plaintiff Hayden Gateway LLC's and Plaintiff Bloc Dispensary LLC's April 29, 2025 Subpoena to Timothy Bossidy to Appear and Testify At A Hearing on May 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2025.

/s/ Diane P. Sullivan
Diane P. Sullivan (Bar No. 025261987)
**WEIL, GOTSHAL & MANGES LLP**
17 Hulfish Street, Suite 201
Princeton, New Jersey
Telephone: (609) 986-1120
Fax: (609) 986-1199
diane.sullivan@weil.com

*Counsel for Non-Party Timothy Bossidy*