## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC, AND BLOC DISPENSARY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FLOWER CAPITAL INC., AND AFC AGENT LLC,<br><br>Defendants. | Civil Action No. 3:25-CV-02789-ZHQ-JBD<br><br>**DECLARATION OF TIMOTHY BOSSIDY** |

1. I, Timothy Bossidy, am currently a Managing Director at SierraConstellation Partners LLC, where I provide financial and operational consulting services to companies in transition across a variety of industries. SierraConstellation Partners LLC is headquartered in Brentwood, Tennessee.

2. I currently reside in Miami, Florida. Throughout the year, I also spend a small amount of time in California.

3. On or around April 2, 2024, I was appointed as Chief Restructuring Officer by Bloc Dispensary LLC ("Justice Grown"), a New Jersey LLC.

4. On March 14, 2025, Justice Grown terminated my appointment as Chief Restructuring Officer.

5. I do not currently reside, work or regularly transact business in person within 100 miles of Trenton, New Jersey.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/30/25          _____
                                Timothy Bossidy