# LITT LAW, LLC

Matthew R. Litt, Esq.*
MLitt@LittLaw.Net
Ph: (908) 902-7071
789 Farnsworth Avenue
Bordentown, New Jersey 08505
*Licensed to Practice Law in NJ & NY

---

May 1, 2025

**VIA ECF**
Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> Re:    Hayden Gateway LLC, et al. v. Advanced Flower Capital Inc., et al., Case No. 3:25-cv-2789; Letter Request for Leave to File Oversized Reply Memorandum in Support of Application for Show Cause Order

Dear Judge Quraishi:

Plaintiffs Hayden Gateway LLC ("Hayden") and Bloc Dispensary LLC ("Bloc") (jointly, "Plaintiffs"), by and through undersigned counsel, respectfully move this Court for leave to exceed the page limits in their reply brief. Plaintiffs received Defendants' brief yesterday, which alleges six different grounds of alleged default, makes several arguments regarding the construction of various contractual clauses, and denies the existence of an oral contract. At tomorrow's hearing, Plaintiffs will have limited time to succinctly elicit testimony and evidence in support of their motion. Plaintiffs request that the Court permit them to file an enlarged reply brief to assist the Court in distilling the issues to be resolved at tomorrow's preliminary hearing.

Plaintiffs therefore respectfully request that this Court grant leave for Plaintiffs to exceed the page limit for their reply brief.

Respectfully submitted,
Litt Law, LLC

_____
By: Matthew R. Litt
*Attorneys for Plaintiff*