UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC, AND BLOC DISPENSARY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FLOWER CAPITAL INC., AND AFC AGENT LLC,<br><br>Defendants. | Civil Action No. 3:25-CV-02789-ZNQ-JBD |

## ORDER GRANTING NON-PARTY TIMOTHY BOSSIDY'S MOTION TO QUASH SUBPOENA

**THIS MATTER**, having been opened to the Court by Weil, Gotshal & Manges LLP, counsel for Non-Party Timothy Bossidy, seeking an Order quashing the Subpoena served on him by Plaintiffs Hayden Gateway LLC, and Bloc Dispensary LLC in this action; and the Court having considered the papers submitted in support of the Motion, any Opposition thereto, and any arguments of counsel; and for good cause shown;

**ORDERS** that Timothy Bossidy's Motion to Quash (ECF No. 23) is **GRANTED**; and further

**ORDERS** that the Court hereby quashes the Subpoena served by Plaintiffs on Timothy Bossidy in this action without prejudice.

**So Ordered** this **1st** day of **May 2025.**

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE