# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC and<br>BLOC DISPENSARY LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ADVANCED FLOWER CAPITAL INC. and AFC AGENT LLC,<br><br>    Defendants. | Case No. 3:25-CV-02789-ZNQ-JBD<br><br>**CERTIFICATION OF<br>JAMIE HOXIE SOLANO<br>IN SUPPORT OF *PRO HAC VICE*<br>ADMISSION OF JONATHAN<br>LOEVY, ESQ. AND MICHAEL<br>KANOVITZ, ESQ.** |

    I, Jamie Hoxie Solano, an attorney duly admitted to practice in the Courts of this State, hereby certify as follows:

    1.    I am an attorney duly admitted to practice before Courts of this State and a member of the law firm DYNAMIS LLP, attorneys for Plaintiffs Hayden Gateway LLC and Bloc Dispensary LLC.

    2.    I submit this certification in support of the motion for *pro hac vice* admission of Jonathan Loevy, Esq., and Michael Kanovitz, Esq., of the firm Loevy & Loevy.

    3.    There is good cause for the *pro hac vice* admission of Jonathan Loevy. As set forth in his accompanying certification, Mr. Loevy is a member in good standing and eligible to practice before the Courts in the States and Districts reflected in his certification. Additionally, as stated in his certification, Mr. Loevy has never been the subject of any disciplinary proceeding by any Court or other authority and has never been suspended or disbarred by any court.

    4.    There is good cause for the *pro hac vice* admission of Michael Kanovitz. As set forth in his accompanying certification, Mr. Kanovitz is a member in good standing and eligible

to practice before the Courts in the States and Districts reflected in his certification. Additionally, as stated in his certification, Mr. Kanovitz has never been the subject of any disciplinary proceeding by any Court or other authority and has never been suspended or disbarred by any court.

5.     If the Court grants the instant application, all pleadings, briefs, and other papers filed with the Court on behalf of Plaintiffs will be signed by a New Jersey attorney duly admitted to practice law in the United States District Court for the District of New Jersey.

6.     As required by Civ. Rule 101.1(c)(2) and R. 1:21-2(a), payments will be forwarded to the Lawyer's Fund for Client Protection and the U.S. District Court Clerk on behalf of Mr. Loevy and Mr. Kanovitz upon their admittance *pro hac vice*, as appropriate.

7.     Accordingly, we respectfully request that the Court enter the accompanying Order admitting Mr. Loevy and Mr. Kanovitz *pro hac vice* in this matter.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Date: May 2, 2025                                    /s/ Jamie Hoxie Solano
                                                     Jamie Hoxie Solano, Esq.