UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
<u>Minutes of Proceedings</u>

**OFFICE: TRENTON**
**JUDGE ZAHID N. QURAISHI**                                  **DATE: MAY 2, 2025**
**COURT REPORTER:  MEGAN MCKAY-SOULE**

**TITLE OF CASE:**                                           <u>**CIVIL NO. 25-2789 (ZNQ)**</u>
HAYDEN GATEWAY LLC, et al.

vs.

ADVANCED FLOWER CAPITAL, INC. et al.

**APPEARANCES:**
Jamie Hoxie Solano, Esq., Michael Bennett Homer, Esq., Constatine Economides, Esq., Matthew Litt, Esq., Jon Loevy, Esq. and Michael Kanovitz, Esq. for Plaintiffs
Abby Rudzin, Esq. and Jeffrey Kopczynski, Esq.for Defendants

**NATURE OF PROCEEDINGS: HEARING ON [7] MOTION FOR PRELIMINARY INJUCTION**
Hearing on Preliminary Injunction (ECF No. [7]).
Housekeeping conference held.
Various exhibits moved and admitted into evidence.
Jon Loevy, Esq. opened for the Plaintiff.
Abby Rudzin, Esq. opened for Defendant.
ALEXZANDRA FIELDS sworn for Plaintiff.
BREAK 12:30 pm-1:00 pm
ALEXZANDRA FIELDS resumed on cross.
GAIL BRASHERS-KRUG sworn for Plaintiff.
MIKE KANOVITZ sworn for Plaintiff.
ANDY POTICHA sworn for Plaintiff via ZOOM.
DANIEL NEVILLE sworn for Plaintiff.
Plaintiff rested.
Defendant rested.
Court reserves decision.

**TIME COMMENCED: 10:00 am**
**TIME ADJOURNED:   6:10 pm**                                <u>s/Kim Stillman</u>
**TOTAL TIME:    7 hours 40 mins**                              **Deputy Clerk**