

O'Melveny & Myers LLP  
1301 Avenue of the Americas  
Suite 1700  
New York, NY 10019-6022  

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com  

File Number: 0008334-00040

May 5, 2025

**Jeffrey A. N. Kopczynski**
D: +1 212 728 5675
jkopczynski@omm.com

Honorable Zahid N. Quraishi
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

**Re:** *Hayden Gateway LLC, et al. v. Advanced Flower Capital Inc., et al.,* Case No. 3:25-cv-2789, Compliance with May 2, 2025 Order to Show Cause

Dear Judge Quraishi:

     We represent Defendants Advanced Flower Capital Inc. and AFC Agent LLC in the above-captioned matter. We write to inform the Court that Defendants have complied with Your Honors' May 9, 2025 Order and filed a Notice in the New York state action, *AFC Agent LLC v. JG HoldCo LLC*, Index No. 652644/2025, indicating that Your Honor ordered the filing of that notice, noting that this action is pending, and attaching the following filings from this matter: the April 18, 2025 Complaint (ECF No. 1), the April 24, 2025 Text Order (ECF No. 14), the April 28, 2025 Order (ECF No. 17), the May 2, 2025 Hearing Transcript, and the May 2, 2025 Order (ECF No. 35).

     Enclosed is proof of that filing.

Respectfully,

*/s/ Jeffrey Kopczynski*

Jeffrey A. N. Kopczynski

cc: All counsel of record

| | |
|---|---|
| **From:** | efile@nycourts.gov |
| **To:** | Rudzin, Abby F.; #NY Managing Attorney; abby-rudzin-1494@ecf.pacerpro.com |
| **Subject:** | NYSCEF Notification: New York - Commercial - Contract - <NOTICE OF COMPLIANCE> 652644/2025 (AFC Agent LLC v. JG HoldCo LLC) |
| **Date:** | Monday, May 5, 2025 4:44:47 PM |



# New York County Supreme Court
## Notification of Filing
## 05/05/2025

The NYSCEF System has received the documents listed below from filing user ABBY FAITH RUDZIN . Please keep this notice as a confirmation of this filing.

## Case Information

Index #: **652644/2025**
Caption: **AFC Agent LLC v. JG HoldCo LLC**
eFiling Status: **Partial Participation Recorded**
Assigned Case Judge: **No Judge Assigned**

## Documents Received

| Doc # | Document | Received Date |
|---|---|---|
| 4 | NOTICE OF COMPLIANCE<br>Notice complying with instructions from DNJ | 05/05/2025 |
| 5 | EXHIBIT(S) 1<br>Complaint | 05/05/2025 |
| 6 | EXHIBIT(S) 2<br>Text Order | 05/05/2025 |
| 7 | EXHIBIT(S) 3<br>Stipulation and status quo order | 05/05/2025 |
| 8 | EXHIBIT(S) 4<br>May 2, 2025 Transcript | 05/05/2025 |
| 9 | EXHIBIT(S) 5<br>May 2, 2025 Order | 05/05/2025 |

## E-mail Service Notifications Sent

| Name | Email Address |
|---|---|
| ABBY FAITH RUDZIN | arudzin@omm.com |

## E-mail Service Notifications NOT Sent

Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent

| Party | Attorney |
|---|---|
| JG HoldCo LLC, Defendant/Respondent | No Representation Recorded |

## Filing User

**ABBY FAITH RUDZIN** | arudzin@omm.com | (212) 408-2423 | 1301 AVENUE OF THE AMERICAS, SUITE 1700, NEW YORK, NY 10019-6524

**Emergency Applications**
For Emergency Applications made after 5 p.m. or on days when the court is closed, please call 800-430-8457 or email emergency@nycourts.gov.

NOTICE: This e-mail is intended only for the named recipient and for the purposes of the New York State Courts E-Filing System. If you are neither the intended recipient nor a person designated to receive messages on behalf of the intended recipient, notify the sender immediately.

If you are unsure of the contents or origin of this email, it is advised to NOT click on any links provided. Instead, log into your NYSCEF account to access the documents referred to in this email. Thank you.



**Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court**
**Phone:** 646-386-5956
**Website:**
http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml