IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC and BLOC DISPENSARY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FLOWER CAPITAL INC. and AFC AGENT LLC,<br><br>Defendants. | Civil Action No. 3:25-cv-02789-ZHQ-JBD |

**STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, Plaintiffs Hayden Gateway LLC and Bloc Dispensary LLC (jointly, "Plaintiffs"), served the Complaint in the above-captioned action on Defendants Advanced Flower Capital Inc. and AFC Agent LLC (jointly, "Defendants") on April 21, 2025;

WHEREAS, on April 24, 2025, the Court stayed Defendants' deadline to respond to the Complaint (ECF No. 14);

WHEREAS, the parties met and conferred telephonically on May 16, 2025, concerning Defendants' deadline to respond to the Complaint and agreed that Defendants' deadline to respond to the Complaint shall be June 6, 2025;

WHEREAS, this is the first extension of time to respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the Plaintiffs and Defendants,

subject to approval of the Court, as follows: Defendants' deadline to respond to the Complaint is June 6, 2025.

Dated:  May 19, 2025

/s/ Jamie Hoxie Solano
Jamie Hoxie Solano, Esq.
NJ Bar No. 426422024
(214) 454-8829
11 Park Place
New York, NY 10007
JSolano@dynamisllp.com

Michael B. Homer, Esq.
(617) 693-9732
MHomer@dynamisllp.com
Constantine Economides, Esq.
(305) 985-2959
CEconomides@dynamisllp.com
Eric Rosen, Esq.
(617) 802-9157
ERosen@dynamisllp.com
225 Franklin Street, 26th Floor
Boston, MA 02110

*Attorneys for Plaintiffs*

/s/ Jeffrey Kopczynski
Jeffrey A. N. Kopczynski
Abby F. Rudzin (pro hac vice)
O'MELVENY & MYERS LLP
1301 Ave. of the Americas, 17th Fl.
New York, NY 10019
Ph: (212) 326-2000
Fx: (212) 326-2061
jkopczynski@omm.com
arudzin@omm.com

*Counsel for Defendants Advanced Flower Capital Inc. and AFC Agent LLC*

SO ORDERED this ___ day of _____, 2025

_____
Honorable Zahid N. Quraishi
United States District Judge