Thursday, May 29, 2025 at 3:22:37 PM Eastern Daylight Time

**Subject:** RE: FEDWIRE REQUEST
**Date:** Wednesday, May 28, 2025 at 2:54:41 PM Eastern Daylight Time
**From:** Christopher Cabezas
**To:** Bill Papatheofanis
**CC:** Meggan Hallworth, Alexzandra Fields
**Attachments:** image002.png, image004.png, image005.png

Hi Bill,

Carly did not give authorization to complete the wire, sorry I meant to follow up with you.

Christopher Cabezas
AVP-Branch Manager
NMLS: #1587927



567 Egg Harbor Road, Sewell, NJ  08080
Tel: (856) 582-6900 x 142
Fax: (856) 582-6994
Email: ccabezas@parkebank.com

---

**From:** Bill Papatheofanis <billp@oaklandmanager.com>
**Sent:** Wednesday, May 28, 2025 2:46 PM
**To:** Christopher Cabezas <ccabezas@parkebank.com>
**Cc:** Meggan Hallworth <mhallworth@parkebank.com>; Alexzandra Fields <alexzandra@justicecannabisco.com>
**Subject:** RE: FEDWIRE REQUEST

Hey Chris,

Do we still need to do anything on this wire?  Did Carly reject it?


**Bill Papatheofanis**
**Controller**


billp@oaklandmanager.com

---

**From:** Bill Papatheofanis <billp@oaklandmanager.com>
**Sent:** Tuesday, May 27, 2025 12:31 PM
**To:** Christopher Cabezas <ccabezas@parkebank.com>
**Cc:** Meggan Hallworth <mhallworth@parkebank.com>
**Subject:** RE: FEDWIRE REQUEST

See attached, let me know if Alexzandra or myself are not signers on the account and this needs to go to anyone else.

**Bill Papatheofanis**
**Controller**

billp@oaklandmanager.com

**From:** Bill Papatheofanis <billp@oaklandmanager.com>
**Sent:** Tuesday, May 27, 2025 12:05 PM
**To:** Christopher Cabezas <ccabezas@parkebank.com>
**Cc:** Meggan Hallworth <mhallworth@parkebank.com>
**Subject:** RE: FEDWIRE REQUEST

I tried setting the wire up online but got an error due to limits:



I filled out the attached, but I wasn't sure if I am a signer on Hayden? I started after the DACA was in effect, does Carly have to be the one signing now?

**Bill Papatheofanis**

**Controller**

billp@oaklandmanager.com

**From:** Christopher Cabezas <ccabezas@parkebank.com>
**Sent:** Tuesday, May 27, 2025 11:43 AM
**To:** Bill Papatheofanis <billp@oaklandmanager.com>
**Cc:** Meggan Hallworth <mhallworth@parkebank.com>
**Subject:** RE: FEDWIRE REQUEST

Hi Bill,

I would need to verify with Carly Hooker due to the DACA in place. I just left her a message, and I need to wait for her confirmation.

The wire request form would also need to be signed. Once we confirm with Carly, we will call you for the security code.

The domestic wire fee is $25.00

Christopher Cabezas
AVP-Branch Manager
NMLS: #1587927



567 Egg Harbor Road, Sewell, NJ  08080
Tel: (856) 582-6900 x 142
Fax: (856) 582-6994
Email: ccabezas@parkebank.com

**From:** Bill Papatheofanis <billp@oaklandmanager.com>
**Sent:** Tuesday, May 27, 2025 12:25 PM
**To:** Meggan Hallworth <mhallworth@parkebank.com>; Christopher Cabezas <ccabezas@parkebank.com>
**Subject:** RE: FEDWIRE REQUEST

Sorry to double ping you, but I just wanted to follow up to see if this was filled out correctly so we can get it printed and signed?  I assume this also has to go through AFC to approve for the DACA so I wanted to make sure we have enough time to get everything done today.

The court order was issued a couple weeks ago, so I'd like to get the bond posted today if possible.

**Bill Papatheofanis**

**Controller**

billp@oaklandmanager.com

**From:** Bill Papatheofanis <billp@oaklandmanager.com>
**Sent:** Tuesday, May 27, 2025 9:35 AM
**To:** Meggan Hallworth <mhallworth@parkebank.com>; Christopher Cabezas <ccabezas@parkebank.com>
**Subject:** RE: FEDWIRE REQUEST

Does this look right?  I don't really know what to put for the beneficiary exactly.

**Bill Papatheofanis**
**Controller**

billp@oaklandmanager.com

**From:** Meggan Hallworth <mhallworth@parkebank.com>
**Sent:** Friday, May 23, 2025 4:53 PM
**To:** Bill Papatheofanis <billp@oaklandmanager.com>; Christopher Cabezas <ccabezas@parkebank.com>
**Cc:** Alexzandra Fields <alexzandra@justicecannabisco.com>
**Subject:** RE: FEDWIRE REQUEST

This form needs to be filled out and I can process the wire for you.

Meggan Hallworth
Assistant Branch Manager



Kennedy Branch
856-582-6900 X 310
mhallworth@parkebank.com

**From:** Bill Papatheofanis <billp@oaklandmanager.com>
**Sent:** Friday, May 23, 2025 5:48 PM
**To:** Meggan Hallworth <mhallworth@parkebank.com>; Christopher Cabezas <ccabezas@parkebank.com>
**Cc:** Alexzandra Fields <alexzandra@justicecannabisco.com>
**Subject:** Re: FEDWIRE REQUEST

Awesome, so can you process that wire or do you need additional approval/information?

Get Outlook for iOS

**Bill Papatheofanis
Controller**

billp@oaklandmanager.com

---

**From:** Meggan Hallworth <mhallworth@parkebank.com>
**Sent:** Friday, May 23, 2025 4:46:40 PM
**To:** Bill Papatheofanis <billp@oaklandmanager.com>; Christopher Cabezas <ccabezas@parkebank.com>
**Cc:** Alexzandra Fields <alexzandra@justicecannabisco.com>
**Subject:** RE: FEDWIRE REQUEST

Good afternoon,

Everything looks fine on this end.

Meggan Hallworth
Assistant Branch Manager



Kennedy Branch
856-582-6900 X 310
mhallworth@parkebank.com

---

**From:** Bill Papatheofanis <billp@oaklandmanager.com>
**Sent:** Friday, May 23, 2025 5:17 PM
**To:** Christopher Cabezas <ccabezas@parkebank.com>
**Cc:** Meggan Hallworth <mhallworth@parkebank.com>; Alexzandra Fields <alexzandra@justicecannabisco.com>
**Subject:** FEDWIRE REQUEST

Chris,

We need to issue a Fedwire for $1,000,000 from our Hayden Gateway bank account ending 4109.  Attached is the request form I was provided, and the instructions for it, can you review and let me know if it is filled out correctly?

Not sure how much background you need on it, but we're involved in some litigation against AFC and as part of a preliminary injunction in our favor, we have to post this bond.

Let me know if you have any questions.

**Bill Papatheofanis**
Controller

billp@oaklandmanager.com

*Oakland Manager*

PO Box 206
Edgewood, Illinois
62426

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

This E Mail, including any attachment(s), is intended for the use of the individual or entity to which it is addressed, and contains information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If received in error, please notify the sender immediately by a return phone call or E Mail and delete/destroy the message and any copies thereof. Although Parke Bank and its affiliates attempt to prevent the passage of computer viruses via E Mail and attachments thereto, the Bank does not guarantee that either is virus-free, and accepts no liability for any damages sustained as a result of any such virus.
This E Mail, including any attachment(s), is intended for the use of the individual or entity to which it is addressed, and contains information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If received in error, please notify the sender immediately by a return phone call or E Mail and delete/destroy the message and any copies thereof. Although Parke Bank and its affiliates attempt to prevent the passage of computer viruses via E Mail and attachments thereto, the Bank does not guarantee that either is virus-free, and accepts no liability for any damages sustained as a result of any such virus.
This E Mail, including any attachment(s), is intended for the use of the individual or entity to which it is addressed, and contains information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If received in error, please notify the sender immediately by a return phone call or E Mail and delete/destroy the message and any copies thereof. Although Parke Bank and its affiliates attempt to prevent the passage of

computer viruses via E Mail and attachments thereto, the Bank does not guarantee that either is virus-free, and accepts no liability for any damages sustained as a result of any such virus.

This E Mail, including any attachment(s), is intended for the use of the individual or entity to which it is addressed, and contains information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If received in error, please notify the sender immediately by a return phone call or E Mail and delete/destroy the message and any copies thereof. Although Parke Bank and its affiliates attempt to prevent the passage of computer viruses via E Mail and attachments thereto, the Bank does not guarantee that either is virus-free, and accepts no liability for any damages sustained as a result of any such virus.