IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC and BLOC DISPENSARY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FLOWER CAPITAL INC. and AFC AGENT LLC,<br><br>Defendants. | Civil Action No. 3:25-cv-02789-ZHQ-JBD<br><br>**NOTICE AND REQUEST TO WITHDRAW APPEARANCE OF ABBY F. RUDZIN** |

**PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 102.1, that Advanced Flower Capital Inc. and AFC Agent LLC ("Defendants") hereby move this Court for leave to withdraw the appearance of Abby F. Rudzin, of the firm O'Melveny & Myers LLP ("O'Melveny"), in this matter.

**PLEASE TAKE FURTHER NOTICE** that good cause exists for the withdrawal of Ms. Rudzin's appearance because Defendants have retained new counsel, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") and Marino, Tortorella & Boyle, P.C.

**PLEASE TAKE FURTHER NOTICE** that Ms. Rudzin's withdrawal will not prejudice any parties or delay resolution of this matter because Defendants will remain represented by their new counsel who have already entered appearances, submitted *pro hac vice* applications, and filed briefing in this action. In addition, O'Melveny has provided Quinn Emanuel with all relevant documents and information.

| | |
|---|---|
| Dated: May 30, 2025 | /s/ *Jeffrey Kopczynski*<br>Jeffrey A. N. Kopczynski<br>Abby F. Rudzin (admitted *pro hac vice*)<br>O'MELVENY & MYERS LLP<br>1301 Ave. of the Americas, 17th Fl.<br>New York, NY 10019<br>Ph: (212) 326-2000<br>Fx: (212) 326-2061<br>jkopczynski@omm.com<br>arudzin@omm.com<br><br>*Counsel for Defendants Advanced Flower Capital Inc. and AFC Agent LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, true and correct copies of the foregoing Notice and Request to Withdraw Appearance of Abby F. Rudzin were filed with the United States District Court for the District of New Jersey, and on all counsel of record, via ECF electronic filing.

Dated: May 30, 2025

/s/ *Jeffrey Kopczynski*
Jeffrey A. N. Kopczynski