Kevin H. Marino
John D. Tortorella
John A. Boyle
MARINO, TORTORELLA & BOYLE, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425

OF COUNSEL:
Kevin S. Reed (*pro hac vice* pending)
Alex Zuckerman (*pro hac vice* pending)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: (212) 849-7000

Jason Sternberg (*pro hac vice* pending)
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
2601 South Bayshore Dr, Suite 1550
Miami, Florida 33133
Tel: (305) 402-4880

*Attorneys for Defendants Advanced Flower
Capital Inc. and AFC Agent LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC, and BLOC DISPENSARY LLC,<br><br>                              Plaintiffs,<br><br>        v.<br><br>ADVANCED FLOWER CAPITAL INC., and AFC AGENT LLC,<br><br>                              Defendants. | Case 3:25-cv-02789-ZNQ-JBD<br><br>Honorable Zahid N. Quraishi, U.S.D.J.<br><br><br><br>__NOTICE OF APPEAL__ |

NOTICE IS HEREBY GIVEN that Defendants Advanced Flower Capital Inc. and AFC

Agent LLC ("Defendants") hereby appeal to the United States Court of Appeals for the Third

Circuit from the opinion (Dkt. 46) and preliminary injunction order (Dkt. 47) entered in this action

on May 9, 2025, and from the text order (Dkt. 60) granting Plaintiffs' request to compel Defendants

to release funds entered in this action on May 30, 2025, and each and every part thereof.

2

Dated:   June 2, 2025

Respectfully submitted,

MARINO, TORTORELLA & BOYLE, P.C.

Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, New Jersey 07928
Tel: (973) 824-9300

2