# MARINO, TORTORELLA & BOYLE, P.C.

### ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
———
EREZ J. DAVY*
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com
*OF COUNSEL

July 22, 2025

**VIA ECF**

The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re: *Hayden Gateway LLC, et al. v. Advanced Flower Capital Inc., et al.*,
Case No. 3:25-cv-02789-ZNQ-JBD

Dear Judge Quraishi:

We represent Defendants in this matter and write to request a seven-day extension of Defendants' time to respond to the Amended Complaint to August 8, 2025. By Stipulation and Scheduling Order dated June 30, 2025, Defendants' response is currently due on August 1, 2025 [ECF 70]. Plaintiffs have asked us to advise the Court: "We will not object to Defendants' request for an extension notwithstanding that Defendants have rejected our own request for an agreed [30-day] extension of time to file our response brief in the Third Circuit." Defendants took that position because, while the seven-day extension Defendants propose will not prejudice Plaintiffs, the 30-day extension Plaintiffs requested would have delayed our time-sensitive appeal. Defendants did consent to a seven-day extension.

If this unopposed extension request meets with your Honor's approval, we respectfully request that you grant it by So Ordering this letter.

Thank you for your consideration of this request.

Respectfully submitted,

Kevin H. Marino

cc: All counsel of record

SO ORDERED.

_____

**SO ORDERED**
s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**
DATED: 07/23/2025