# DYNAMIS LLP

A Massachusetts Limited Liability Partnership

*Michael B. Homer, Esq.\**
*Jamie Hoxie Solano, Esq.*
*Constantine Economides, Esq.\**

**August 26, 2025**

**VIA ECF**
The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

> Re:  **Hayden Gateway LLC, et al. v. Advanced Flower Capital Inc., et al.,
> Case No. 3:25-cv-2789,
> Consent Motion for Extension of Time to File Briefing**

Dear Judge Quraishi,

   Plaintiffs, Hayden Gateway LLC and Bloc Dispensary LLC, respectfully submit this consent letter motion seeking an extension of time for: (1) Plaintiffs to file their opposition brief to Defendants' motion to dismiss; and (2) Defendants to file their reply brief in further support of their motion to dismiss. This motion is joined by all parties, is the first requested extension of briefing deadlines for the motion to dismiss, is not sought for purposes of delay, and is instead being requested given the upcoming holiday weekend and conflicting schedules amongst counsel.

   The parties respectfully request that the Court extend the briefing deadlines to the following:

- Plaintiffs' opposition brief to Defendants' motion to dismiss to be filed no later than Tuesday, September 9, 2025; and

- Defendants' reply brief in support of their motion to dismiss to be filed no later than Tuesday, September 23, 2025.

*\*Not admitted to practice in New Jersey, admitted in this case pro hac vice*

**Boston          Miami          New York          New Jersey**

The Honorable Zahid N. Quraishi
August 26, 2025
Page 2 of 2

    For the Court's convenience, a "so ordered" proposal and signature line are below.

Respectfully submitted,

**DYNAMIS LLP**

By: *s/ Jamie Hoxie Solano*
Jamie Hoxie Solano, Esq.
NJ Bar No. 426422024
Michael B. Homer, Esq.
Constantine Economides, Esq.
200 Connell Drive
Berkeley Heights, NJ 07922
973-295-5495
JSolano@dynamisllp.com
MHomer@dynamisllp.com
CEconomides@dynamisllp.com

*Attorneys for Plaintiffs*

SO ORDERED this _____, 2025

_____
The Honorable Zahid N. Quraishi
United States District Judge

**Boston**    **Miami**    **New York**    **New Jersey**
