

A Massachusetts Limited Liability Partnership

*Michael B. Homer, Esq.\**
*Jamie Hoxie Solano, Esq.*
*Constantine Economides, Esq.\**

September 18, 2025

**VIA ECF**
The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

   Re: **Hayden Gateway LLC, et al. v. Advanced Flower Capital Inc., et al., Case No. 3:25-cv-2789, Notice of Lawsuit Filed**

Dear Judge Quraishi,

  Plaintiffs, Hayden Gateway LLC, Bloc Dispensary LLC, and JG HoldCo LLC, respectfully submit this notice to update the Court that Plaintiffs recently filed a lawsuit against Advanced Flower Capital, Inc. and AFC Agent LLC (jointly, "Defendants"), along with Leonard Tannenbaum, Robyn Tannenbaum, Daniel Neville, Timothy Bossidy, AFC Management LLC, and SierraConstellation Partners, in the Superior Court of California, Los Angeles County, on September 8, 2025. *See JG Holdco LLC et al. v. Leonard Tannenbaum et al.*, No. 25STCV26439 (Cal. Super. Ct.), Dkt. 1. A copy of the Complaint in that matter is attached to this Letter.

  Plaintiffs do not believe that the filing of this Complaint changes its positions in its opposition to the pending motion to dismiss, but wanted to make sure the Court was aware of the new lawsuit.

             Respectfully submitted,

             **DYNAMIS LLP**

             By: *s/ Jamie Hoxie Solano*
             Jamie Hoxie Solano, Esq.
             NJ Bar No. 426422024
             Michael B. Homer, Esq.
             Constantine Economides, Esq.
             200 Connell Drive
             Berkeley Heights, NJ 07922
             973-295-5495
             JSolano@dynamisllp.com
             MHomer@dynamisllp.com
             CEconomides@dynamisllp.com

             *\*Not admitted to practice in New Jersey, admitted in this case pro hac vice*

**Boston**    **Miami**    **New York**    **New Jersey**