UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HAYDEN GATEWAY LLC,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ADVANCED FLOWER CAPITAL INC.,** *et al.*, <br><br> Defendants. | Civil Action No. 25-2789 (ZNQ) (JBD) <br><br> **ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendants Advanced Flower Capital Inc. and AFC Agent LLC (collectively, "Defendants"). ("Motion," ECF No. 88.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **29th** day of **November 2025**,

**ORDERED** that Defendants' Motion (ECF No. 88) is hereby **DENIED**; and it is further

**ORDERED** that the parties are to meet and confer and submit a proposed schedule for consideration by the Magistrate Judge by no later than December 6, 2025.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**