UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC, BLOC DISPENSARY LLC, AND JG HOLDCO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ADVANCED FLOWER CAPITAL INC. AND AFC AGENT LLC,<br><br>Defendants. | Case 3:25-cv-02789-ZNQ-JBD<br><br>Honorable Zahid N. Quraishi, U.S.D.J.<br><br>**STIPULATION AND ORDER** |

**STIPULATION AND ORDER**

Plaintiffs Hayden Gateway LLC, Bloc Dispensary LLC, and JG HoldCo LLC ("Plaintiffs"), and Defendants Advanced Flower Capital Inc. ("AFC") and AFC Agent

LLC (collectively "Defendants," and together with Plaintiffs, the "Parties"), through their undersigned counsel, hereby agree and stipulate to the following:

WHEREAS, on July 11, 2025 Plaintiffs filed an Amended Complaint seeking, as its fourth cause of action, a declaratory judgment relating to AFC's status as a Real Estate Investment Trust ("REIT"), and included certain allegations relating thereto (the "REIT-related Allegations");

WHEREAS, on November 29, 2025, this Court denied Defendants pending motion to dismiss the Amended Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a), Defendants' Answer and any counterclaims must be served and filed no later than December 15, 2025;

WHEREAS, as stated in the Parties' Joint Proposed Discovery Plan filed on December 6, 2025 (ECF No. 112), the Parties have agreed that, subject to the Court's approval, Defendants may serve and file their Answer and any Affirmative Defenses no later than December 22, 2025, and may file any counterclaims that do not concern the REIT-related Allegations or implicate expedited discovery no later than January 12, 2026;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, through their undersigned counsel, as follows:

1. Defendants shall file their Answer and Affirmative Defenses on or before December 22, 2025;

2. Defendants shall file any counterclaims that do not concern REIT-related Allegations or implicate expert discovery on or before January 12, 2026.

3. This schedule may be amended with leave of the Court.

Dated: December 11, 2025
   Chatham, New Jersey

| | |
|---|---|
| **DYNAMIS LLP** | **MARINO, TORTORELLA & BOYLE, P.C.** |
| By: /s/ *Jamie Solano* | By: /s/ *John D. Tortorella* |
| Jamie Hoxie Solano | Kevin H. Marino |
| Phone: (973) 295-5495 | John D. Tortorella |
| 200 Connell Drive | John A. Boyle |
| Berkeley Heights, New Jersey 07922 | 437 Southern Boulevard |
| | Chatham, NJ 07928-1488 |
| Michael Homer | Telephone: (973) 824-9300 |
| (617) 693-9732 | Facsimile: (973) 824-8425 |
| Constantine Economides | kmarino@khmarino.com |
| (305) 985-2959 | jtortorella@khmarino.com |
| Eric Rosen | jboyle@khmarino.com |
| (617) 802-9157 | |
| 175 Federal Street, Suite 1200 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Boston, MA 02110 | |
| *Counsel to Plaintiffs* | Kevin S. Reed (*pro hac vice*) |
| | Jacob J. Waldman (*pro hac vice*) |
| | 295 Fifth Avenue |
| | New York, NY 10016 |
| | Telephone: (212) 849-7000 |
| | kevinreed@quinnemanuel.com |
| | jacobwaldman@quinnemanuel.com |
| | |
| | Jason Sternberg (*pro hac vice*) |
| | 2601 S. Bayshore Dr., Suite 1500 |
| | Miami, FL 33133 |
| | Telephone: (786) 850-3607 |
| | jasonsternberg@quinnemanuel.com |
| | |
| | *Attorneys for Defendants Advanced Flower Capital Inc. and AFC Agent LLC* |

IT IS SO ORDERED

Dated: December 12, 2025

                  J. BRENDAN DAY
                  UNITED STATES MAGISTRATE JUDGE