UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC, *et al.*, | Civ. No. 25-2789 (ZNQ)(JBD) |
| Plaintiffs, | **PRETRIAL SCHEDULING ORDER** |
| v. | |
| ADVANCED FLOWER CAPITAL INC., *et al.*, | |
| Defendants. | |

This matter having come before the Court for an initial conference pursuant to Fed. R. Civ. P. 16; Jamie Hoxie Solano, Esq., appearing on behalf of plaintiffs; Kevin H. Marino, Esq., appearing on behalf of defendants; the Court having set certain deadlines with the participation of counsel; and for good cause shown,

IT IS on this **30th** day of **December**, 2025,

**ORDERED** that proceedings in this action shall be bifurcated and this Order shall be limited to proceedings solely in respect of plaintiffs' claim for a declaratory judgment; proceedings in respect of plaintiffs' other claims are stayed pending further order of the Court.

**IT IS FURTHER ORDERED** that defendants may file a short-form motion for summary judgment no later than **January 5, 2026**. The motion shall incorporate and re-file defendants' prior supplemental brief, on the issue of the proper interpretation of, and interplay between, Section 856 of the Internal Revenue Code (and implementing regulations) and Section 2.5(f) of the parties' Credit Agreement, in the context of the plaintiff's declaratory judgment claim. In connection with the motion, defendants may file a cover submission of no more than five additional double-spaced pages, framing the motion, outlining the procedural posture/history, setting out relevant legal standards, and/or summarizing its arguments, **but raising no new arguments**; and it is further

**ORDERED** that plaintiffs may file a short-form opposition to defendants' motion no later than **January 12, 2026**. The opposition shall incorporate and re-file plaintiffs' prior supplemental brief on the same issue. In connection with their

opposition, plaintiffs may file a cover response of no more than five additional double-spaced pages, framing the opposition, outlining the procedural posture/history, setting out relevant legal standards, and/or summarizing their arguments, but **raising no new arguments**; and it is further

**ORDERED** that expedited discovery shall proceed forthwith on plaintiffs' declaratory judgment claim; and it is further

**ORDERED** that absent agreement or leave of Court, the parties' discovery requests shall be limited to 20 requests for production, 20 interrogatories, and three fact depositions per side; and it is further

**ORDERED** that the parties shall substantially complete document production no later than **January 30, 2025**; and it is further

**ORDERED** that the parties shall complete fact discovery no later than **February 13, 2026**; and it is further

**ORDERED** that the parties shall serve any affirmative expert reports no later than **February 16, 2026**; and it is further

**ORDERED** that the Court shall set a deadline for the service of rebuttal expert reports and completion of expert discovery at a later date; and it is further

**ORDERED** that the Court will hold a telephone status conference with counsel on **January 26, 2026, at 1:00 p.m.** The Court will circulate dial-in information in advance of the conference to all parties; and it is further

**ORDERED** that a non-jury trial shall commence on **March 30, 2026**; and it is further

**ORDERED** that counsel shall confer in good faith in an attempt to resolve any discovery or case management disputes before raising them with the Court. Any such dispute shall be brought to the Court's attention via a brief email to jbd_orders@njd.uscourts.gov. **No discovery motion will be entertained absent leave of Court and counsel's full compliance with L. Civ. R. 37.1(a)(1);** *see also* **L. Civ. R. 16.1(f)**; and it is further

**ORDERED** that a date for the final pretrial conference will be set at a later date; and it is further

**ORDERED** that since all dates set forth herein are established with the assistance and knowledge of the parties, there will be no extensions except for good cause shown and by leave of Court, even with consent of all parties; and it is further

**ORDERED** that the Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel; and it is further

**ORDERED** that failure to appear at subsequent conferences, or to comply with this Order or any subsequent order of the Court, may result in the imposition of sanctions.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE