**MARINO, TORTORELLA & BOYLE, P.C.**

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
EREZ J. DAVY
―――――
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com

January 14, 2026

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
Hon. J. Brendan Day, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Hayden Gateway LLC, et al. v. Advanced Flower Capital Inc., et al.*,
      Case No. 3:25-cv-02789-ZNQ-JBD

Dear Judge Quraishi and Judge Day:

In granting AFC leave to file a short-form summary judgment motion, the Court directed the parties not to raise new arguments. [ECF No. 118 at 1-2.] In violation of that directive, Plaintiffs not only raise a new argument—that there is a factual dispute as to the principal amount of the loan at issue in this case unrelated to the REIT issue—but also submit new evidence. *See* Certification of Jamie Hoxie Solano [ECF No. 123-1] (attaching interrogatory responses [ECF Nos. 123-3 and 123-4]; Declaration of Joel Feldman [ECF No. 123-5]); Response Statement of Material Facts, ¶ 8. Defendants respectfully request that the Court confirm that it will disregard Plaintiffs' new argument and evidence by So Ordering this letter.

Thank you for your consideration of this request.

Respectfully submitted,

Kevin H. Marino

cc:  All counsel of record

SO ORDERED:

_____