UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAYDEN GATEWAY LLC, *et al.*, | Civ. No. 25-2789 (ZNQ)(JBD) |
| Plaintiffs, | **ORDER** |
| v. | |
| ADVANCED FLOWER CAPITAL INC., *et al.*, | |
| Defendants. | |

    Before the Court is a discovery dispute regarding (i) plaintiffs' second set of interrogatories dated February 10, 2026 and (ii) two subpoenas, each dated February 12, 2026, that plaintiffs directed to non-party CohnReznick LLP. Defendants object to these discovery requests as untimely, not relevant to the claims or defenses at issue in this phase of the litigation, not proportional to the needs of the case, and raising potential privilege concerns. The Court held a telephone status conference on February 18, 2026 to address those disputes and heard the arguments of counsel. The Court has reviewed the interrogatories and subpoenas, and pursuant to Federal Rule of Civil Procedure 26(b), the Court has weighed, in the context of these expedited proceedings, the issues in dispute and the relevance, proportionality, and need for the information sought, as well as the attendant burdens associated with producing the requested discovery. Exercising its broad discretion to regulate discovery in these expedited proceedings, and with trial scheduled to begin March 30, 2026, the Court **ORDERS** as follows:

    1.    Defendants' objections to Interrogatories 9 and 10 are **OVERRULED**. Defendants shall respond to the interrogatories as soon as practicable.

    2.    Defendants' objections to Interrogatories 11 and 12 are **SUSTAINED**. Those interrogatories seek information falling outside the scope of these expedited proceedings and concern allegations not pleaded in the amended complaint. Defendants need not respond to them.

    3.    Defendants' objections to the subpoenas directed to CohnReznick are **SUSTAINED** and those subpoenas are **QUASHED**. The subpoenas seek (from a non-party) materials that are overbroad, potentially privileged, not proportional to the needs of the case, and which will be unduly burdensome to collect, review, and produce, and to allow for the review for and assertion of any applicable privileges. This decision rests, in significant part, on defendants' representation that they will

not elicit, develop, or assert at trial any argument or defense that rests on the reliance of advice from their accountants at CohnReznick. Plaintiffs are directed forthwith to notify CohnReznick of this Order.

    **IT IS SO ORDERED** this 20th day of February, 2026.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE