Kevin H. Marino
John D. Tortorella
John A. Boyle
**MARINO, TORTORELLA &**
  **BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
(973) 824-9300

*Attorneys for Defendants Advanced*
*Flower Capital Inc. and AFC Agent LLC*

OF COUNSEL:
Kevin S. Reed (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jacqueline M. Stykes (*pro hac vice*)
**QUINN EMANUEL URQUHART &**
  **SULLIVAN, LLP**
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

Jason Sternberg (*pro hac vice*)
**QUINN EMANUEL URQUHART &**
  **SULLIVAN, LLP**
2601 S. Bayshore Dr., Suite 1500
Miami, FL 33133
(786) 850-3607

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HAYDEN GATEWAY LLC, BLOC DISPENSARY LLC, AND JG HOLDCO LLC,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>ADVANCED FLOWER CAPITAL INC. AND AFC AGENT LLC,<br><br>     *Defendants*. | Case 3:25-cv-02789-ZNQ-JBD<br><br>Hon. Zahid N. Quraishi, U.S.D.J.<br><br>ORAL ARGUMENT REQUESTED<br><br><br>**NOTICE OF MOTION ON SHORT NOTICE FOR CLARIFICATION OF THE PRELIMINARY INJUNCTION ORDER** |

**PLEASE TAKE NOTICE** that at a time and place to be set by the Court, Defendants

Advanced Flower Capital Inc. and AFC Agent LLC (collectively, "AFC") will move before the

Honorable Zahid N. Quraishi, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse,

402 East State Street, Trenton, NJ 08608, for entry of an order clarifying that the Preliminary

Injunction Order entered on May 9, 2025 (ECF No. 47), does not bar AFC from commencing or

prosecuting foreclosure proceedings against the collateral securing AFC's loan to Plaintiffs in

Pennsylvania and New Jersey and exercising any and all other rights and remedies available under

the Credit Agreement, the 2024 Forbearance Agreement, and applicable law upon a maturity default.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, AFC will rely upon the accompanying Memorandum of Law, the Declaration of Kevin S. Reed and exhibits thereto, and all prior pleadings and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Defendants request oral argument if this motion is opposed.

Dated:  New York, New York
       April 20, 2026

**MARINO, TORTORELLA & BOYLE, P.C.**

By:  /s Kevin H. Marino
    Kevin H. Marino
    John D. Tortorella
    John A. Boyle

    437 Southern Boulevard
    Chatham, NJ 07928-1488
    Telephone:  (973) 824-9300
    Facsimile:   (973) 824-8425
    kmarino@khmarino.com
    jtortorella@khmarino.com
    jboyle@khmarino.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Kevin S. Reed (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jacqueline M. Stykes (*pro hac vice*)
295 Fifth Avenue
New York, NY 10016
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100
kevinreed@quinnemanuel.com
jacobwaldman@quinnemanuel.com
jacquelinestykes@quinnemanuel.com

2

Jason Sternberg (*pro hac vice*)
2601 S. Bayshore Dr., Suite 1500
Miami, FL 33133
Telephone: (786) 850-3607
Facsimile: (305) 901-2975
jasonsternberg@quinnemanuel.com

*Attorneys for Defendants Advanced Flower
Capital Inc. and AFC Agent LLC*

**<u>CERTIFICATE OF SERVICE</u>**

KEVIN H. MARINO hereby certifies pursuant to 28 U.S.C. § 1746 that on this date, I filed the aforementioned document using the CM/ECF system for the U.S. District Court for the District of New Jersey, thereby effectuating service upon all counsel of record via electronic means.

I certify under penalty of perjury that the foregoing statements are true and correct. Executed in New York, New York on this 20th day of April, 2026.

/s    *Kevin H. Marino*
Kevin H. Marino