**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HAYDEN GATEWAY LLC, BLOC DISPENSARY LLC, AND JG HOLDCO LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ADVANCED FLOWER CAPITAL INC. AND AFC AGENT LLC,<br><br>    *Defendants*. | Case 3:25-cv-02789-ZNQ-JBD<br><br>Hon. Zahid N. Quraishi, U.S.D.J.<br><br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION ON SHORT NOTICE TO CLARIFY THE PRELIMINARY INJUNCTION ORDER** |

**THIS MATTER** comes before the Court upon a Motion on Short Notice for clarification of the Court's May 9, 2025 Preliminary Injunction Order, dated April 20, 2026.  For the reasons set forth in Defendants' Motion,

**IT IS** on this ___ day of _____, 2026,

**ORDERED** that the Motion is hereby **GRANTED** as follows:

1. The Court hereby clarifies that its May 9, 2025 PI Order (ECF No. 47) does not bar Defendants from commencing and prosecuting foreclosure proceedings against the collateral securing the loan in Pennsylvania and New Jersey; and

2. The Court hereby clarifies that its PI Order does not bar Defendants from exercising any and all other rights and remedies available under the Credit Agreement and applicable law upon a maturity default.

_____        _____
Date                                                                    Hon. Zahid N. Quraishi, U.S.D.J.