DYNAMIS LLP

A Massachusetts Limited Liability Partnership

*Michael B. Homer, Esq.**
*Jamie Hoxie Solano, Esq.*
*Constantine Economides, Esq.**

**August 26, 2026**

**VIA ECF**
The Honorable Zahid N. Quraishi
U.S. District Court
District of New Jersey
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: Hayden Gateway LLC, et al. v. Advanced Flower Capital Inc., et al., Case No. 3:25-cv-2789, Request for Status Conference**

Dear Judge Quraishi,

Plaintiffs respectfully request that the Court hold a status conference to discuss the appropriate course of action for this case to proceed forward. Most specifically, Plaintiffs request a conference to discuss an appropriate schedule for (1) Plaintiffs to file an amended complaint to add several claims to this case related to Defendants' conduct that has now led to Defendants' declaration of default and several other actions Defendants have undertaken to steal and destroy Plaintiffs' businesses; and (2) discovery to continue forward. Plaintiffs respectfully request that the Court schedule the conference during the week beginning August 31, 2026.[1]

Plaintiffs request this status conference in light of several updates in pending parallel litigation which will affect this case.

As this Court is aware, the Third Circuit's decision regarding whether Defendants can seek judicial relief to enforce agreements that violate the Controlled Substances Act remains pending. While Plaintiffs would have preferred clarity from the Third Circuit on this threshold issue, Defendants' conduct and the pending litigation in other venues is proceeding forward at a pace where Plaintiffs can no longer keep things on pause.

Following the Third Circuit's oral argument, Plaintiffs filed additional claims in Florida State Court, the state where the majority of the individuals who run the Defendant companies reside. Defendants have recently told the Court in that case that they believe a stay of litigation is warranted there until this case resolves.

As this Court knows, Defendants filed a lawsuit in Mercer County Chancery Court, which Plaintiffs removed to this Court and which was remanded back to Mercer County. The Judge in that

[1] Both the undersigned and Michael Homer are away on vacation this week. Mr. Homer is in a remote area without consistent Internet access and cellular service. The undersigned is overseas in Europe.

**Not admitted to practice in New Jersey, admitted in this case pro hac vice*

case has asked the parties to advise no later than September 4, 2026, whether that case is more appropriately transferred to the Law Division. Coordinating the appropriate course in this case prior to September 4th would assist the parties and avoid confusion.

We thank the Court for its assistance with this case.

Respectfully submitted,

*s/ Jamie Hoxie Solano*
Jamie Hoxie Solano