COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000 201.489.1536 fax
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida
—
Washington, DC

Michael R. Yellin
Member
Admitted in NJ, NY, and FL

Reply to New Jersey Office
Writer's Direct Line: 201.525.6258
Writer's E-Mail: MYellin@coleschotz.com

November 24, 2026

**VIA ECF**

The Honorable Zahid N. Quraishi
United States District Court
District of New Jersey
U.S. Courthouse
402 East State Street, Room 4000
Trenton, NJ 08608

**Re: *Hayden Gateway LLC, et al. v. Advanced Flower Capital Inc., et al.*, No. 3:25-cv-2789 — Joint Letter Regarding Payee for Return of Security**

Dear Judge Quraishi:

Plaintiffs Hayden Gateway LLC, Bloc Dispensary LLC, and JG Holdco LLC (collectively, "Plaintiffs") and Defendants Advanced Flower Capital Inc. and AFC Agent LLC (collectively, "AFC") (together, the "Parties") jointly write in response to the Court's Letter Order of November 13, 2026 (ECF No. 162). That Order instructed the Clerk's Office to release the $1 million in security deposited with the Court and directed the Parties to confer and file a letter providing the name and address of the appropriate payee.

The Parties have conferred and agree that, in accordance with your Honor's Letter Order, the $1 million principal should be returned to the Hayden Gateway LLC operating account from which the funds originated as follows:

**Payee:** Hayden Gateway LLC
**Address:** 311 N. Aberdeen St., Suite 200A, Chicago, IL 60607

In accordance with ECF No. 162, the payee's EFT information, including account number, routing number, and tax identification number, will be submitted to the Clerk's Office on the form the Clerk provides. The Parties will submit that form directly to the Clerk's Office. Because that information is confidential, it is not included in this public filing. If acceptable, the Parties respectfully request that the Court so-order this letter.

The Parties appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/Michael R. Yellin*
Michael R. Yellin
Brandon M. Fierro
COLE SCHOTZ P.C.
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
myellin@coleschotz.com
bfierro@coleschotz.com

Kevin S. Reed (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
Jacqueline M. Stykes (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7160
kevinreed@quinnemanuel.com
jacobwaldman@quinnemanuel.com
jacquelinestykes@quinnemanuel.com

Jason Sternberg (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
2601 South Bayshore Dr, Suite 1550
Miami, Florida 33133
(305) 402-4880
jasonsternberg@quinnemanuel.com

*Counsel for Defendants*

*/s/Jamie Hoxie Solano*
Jamie Hoxie Solano
DYNAMIS LLP
200 Connell Drive
Berkeley Heights, NJ 07922
(973) 295-5495
JSolano@dynamisllp.com

Michael B. Homer (*pro hac vice*)
Constantine Economides (*pro hac vice*)
DYNAMIS LLP
175 Federal St.
Suite 1200
Boston, MA 02110
(617) 693-9732
(305) 985-2959
MHomer@dynamisllp.com
CEconomides@dynamisllp.com

*Counsel for Plaintiffs*

SO ORDERED.
s/Zahid N. Quraishi, U.S.D.J.
Dated: 11/25/2026

cc: All counsel of record (via ECF)